# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MAMADOU DIALLO, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:10-CV-1513-M-BH |
| ) | |
| CELESTICA CORP. and ADECCO, Inc., ) | |
| ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

## ORDER

Pursuant to 28 U.S.C. § 636(b) and *Special Order 3-251*, this case was referred for findings, conclusions, and recommendation. On September 21, 2010, it was recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution because the plaintiff had failed to pay the filing fee. On September 28, 2010, the Court received a letter from the plaintiff advising that he did not receive the order dated August 17, 2010, directing him to pay the filing fee within thirty days. He requests additional time to pay the filing fee.

The Court hereby **VACATES** its findings, conclusions, and recommendation dated September 21, 2010 (doc 8). Plaintiff is granted **FOURTEEN** days to pay the required $350.00 filing fee to the Clerk of the Court. If he fails to do so, denial of leave to proceed *in forma pauperis* will be recommended, and this action will be subject to dismissal without prejudice pursuant to Fed. R. Civ. P. 41(b).

The Clerk's Office shall reinstate the automatic referral to the magistrate judge in this case.

**SIGNED this 30th day of September, 2010.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE