IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAMADOU DIALLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:10-CV-1513-M-BH |
| | ) | |
| CELESTICA CORP. and ADECCO, Inc., | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate on *Defendant Celestica LLC's Motion to Quash Service and to Dismiss* (doc. 56), filed June 10, 2011. Objections were filed, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendant Celestica LLC's Motion to Quash Service and to Dismiss* (doc. 56), filed June 10, 2011, is **DENIED**.

SIGNED this 20th day of July, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS