IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAMADOU DIALLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:10-CV-1513-M-BH |
| | ) | |
| CELESTICA CORP., | ) | |
| | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's motion to withdraw his claims against Celestica LLC, filed November 19, 2012 (doc. 99), is **GRANTED**, and the defendant's request for costs is **DENIED**. By separate judgment, the case will be dismissed without prejudice.

**SO ORDERED** this 26th day of August, 2013.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**